UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**26-CR-20128-BECERRA/TORRES**
CASE NO. _____

18 U.S.C. § 1015(f)
18 U.S.C. § 611

UNITED STATES OF AMERICA

v.

WILNER RENAUD,

           Defendant.

_____/

FILED BY___**BM**___D.C.

**Mar 31, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**False Claim of Citizenship in Order to Vote**
**(18 U.S.C. § 1015(f))**

On or about June 27, 2022, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**WILNER RENAUD,**

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in

order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated

and claimed that he was a United States citizen when registering to vote with the office of the

supervisor of elections for Miami-Dade County, Florida, in violation of Title 18, United States

Code, Section 1015(f).

**COUNT 2**
**False Claim of Citizenship in Order to Vote**
**(18 U.S.C. § 1015(f))**

On or about June 4, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILNER RENAUD,**

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the supervisor of elections for Miami-Dade County, Florida, in violation of Title 18, United States Code, Section 1015(f).

**COUNT 3**
**False Claim of Citizenship in Order to Vote**
**(18 U.S.C. § 1015(f))**

On or about June 7, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILNER RENAUD,**

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the supervisor of elections for Miami-Dade County, Florida, in violation of Title 18, United States Code, Section 1015(f).

**COUNT 4**
**False Claim of Citizenship in Order to Vote**
**(18 U.S.C. § 1015(f))**

On or about September 22, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILNER RENAUD,**

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the supervisor of elections for Miami-Dade County, Florida, in violation of Title 18, United States Code, Section 1015(f).

**COUNT 5**
**Voting By Alien**
**(18 U.S.C. § 611)**

On or about November 8, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**WILNER RENAUD,**

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for United States Senator, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

TRUE BILL

_____
FOREPERSON

_____, SLC (Edward N. Stamm)
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
JEFFREY M. PIERCE
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

WILNER RENAUD,

_____ /
Defendant.

**CASE NO.:** __26-CR-20128-BECERRA/TORRES__

### CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____

Number of New Defendants _____

Total number of new counts _____

**Court Division** (select one)

☑ Miami  ☐ Key West  ☐ FTP
☐ FTL  ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No___
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge_____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No___
   If yes, Judge_____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No___
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

By: _____

JEFFREY M. PIERCE
Special Assistant United States Attorney
FL Bar No.          1002549

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: WILNER RENAUD

**Case No**:

Counts 1, 2, 3, 4:

False Claim of Citizenship in Order to Vote

Title 18, United States Code, Section 1015(f)
* **Max. Term of Imprisonment: Five (5) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) Years**
* **Max. Fine: $250,000**

Count 5:

Voting by Alien

Title 18, United States Code, Section 611
* **Max. Term of Imprisonment: One (1) year**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: One (1) year**
* **Max. Fine: $100,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**