**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.     26-CR-20128-JB**

UNITED STATES OF AMERICA

vs.

WILNER RENAUD,

      **Defendant.**

_____/

**UNITED STATES' WITNESS AND EXHIBIT LIST**

The United States of America, by and through the undersigned Special Assistant United States Attorney, respectfully submits the following exhibit list to be introduced at the trial during the two-week trial period beginning on May 18, 2026.

The United States requests leave to add exhibits and witnesses as may become necessary.

           Respectfully submitted,

           JASON A. REDING QUIÑONES
           UNITED STATES ATTORNEY

           */s/ Jeffrey M. Pierce*
           JEFFREY M. PIERCE
           Special Assistant United States Attorney
           Florida Bar No. 1002549
           99 Northeast 4th Street
           Miami, Florida 33132-2111
           Tel: (305) 961-9156
           E-Mail: Jeffrey.Pierce@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    26-CR-20128-JB

UNITED STATES OF AMERICA

vs.

WILNER RENAUD,

      Defendant.

_____/

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION United States' Witness List | | |
|---|---|---|
| Case Name: United States of America v. Wilner Renaud | | Government Attorney: Jeffrey Pierce |
| | | Defendant's Attorney: Evan Kuhl |
| Docket No.: 26-CR-20128 | Trial Date: 05/18/2026 | Courtroom Deputy: Donna Gay Johnson |
| Presiding Judge: The Hon. Jacqueline Becerra | | Court Reporter: |
| Witness | ███████████ | |
| 1 | Ashley Olsen | |
| 2 | Miami Dade Supervisor of Elections Representative | |

2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
United States' Exhibit List**

| Case Name: United States of America v. Wilner Renaud | | | | | Government Attorney: Jeffrey Pierce |
| --- | --- | --- | --- | --- | --- |
| | | | | | Defendant's Attorney: Evan Kuhl |
| Docket No.: 26-CR-20128 | | Trial Date: 05/18/2026 | | | Courtroom Deputy: Donna Gay Johnson |
| Presiding Judge: The Hon. Jacqueline Becerra | | | | | Court Reporter: |
| Party Offering Exhibits: Government | | | | | |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
| --- | --- | --- | --- | --- | --- |
| 1 | | | | | Alien File |
| 2 | | | | | Voter Registration Card (June 27, 2022) |
| 3 | | | | | Voter Registration Card (June 4, 2024) |
| 4 | | | | | Voter Registration Card (June 7, 2024) |
| 5 | | | | | Voter Registration Card (September 22, 2025) |
| 6 | | | | | Voting History Report |
| 7 | | | | | EViD Signature Page |

3

| 8 | | | | | Audio Recorded Interview |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |