**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20128-CR-BECERRA

UNITED STATES OF AMERICA,

v.

WILNER RENAUD,

*Defendant.*
______________________________________/

# PROPOSED VOIR DIRE QUESTIONS

Wilner Renaud, through undersigned counsel, respectfully submits the following proposed voir dire questions.

1. Are you affiliated with a political party and, if so, which political party are you affiliated with?

2. Can you remain unbiased and judge fairly if you perceive the defendant to be affiliated with a different political party than the political party that you are affiliated with?

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: *<u>/s/ Evan L. Kuhl</u>*
Evan L. Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
(305) 530-7000
evan_kuhl@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **May 22, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Evan L. Kuhl*