UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CR-20128- Becerra

UNITED STATES OF AMERICA

v.

WILNER RENAUD,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY

**THIS CAUSE** comes before the Court upon Defendant, Wilner Renaud's, Unopposed Motion for Extension of Time to File Reply in Support of Notice of Supplemental Authority. (ECF No. 55). Having considered the Motion, the record, and being otherwise fully advised in the premises, the Motion is **GRANTED**.

Mr. Renaud may file his Reply in support of his Notice of Supplemental Authority on or before Wednesday, August 12, 2026.

**DONE AND ORDERED** in chambers at Miami, Florida this 7th day of August, 2026.

_____

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

1