#8

I don't understaun all about the case, I need help to make a desicion.

I need to be clear about I questions I have

# 8

I dont understain all the people said

I can try, by maybe need help to make a desition.

Your Honor I am So sorry I'm Smiling So much compulsively. I feel so embarrassed Apologies. My nerves are getting the best of me, If you hadn't noticed, I'm sure all the others on the lawyers side have. Hope You or Whomever considers me an alternate and Sends me off. Apologies for my handWriting.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-cr-20128-JB**

**United States of America,**

vs. **DO NOT DESTROY**

**Wilner Renaud,**
Defendant.
_______________________________________/

QUESTION FROM THE JURY

**The following question is asked by the jury:**

We have reached a Verdict

Date: 9/15/26 ______________________
Foreperson

______________________
Print Name

**Answer to question from jury:**

Date:______________________ ______________________
Jacqueline Becerra
United States District Judge