UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-CR-20128-BECERRA

UNITED STATES OF AMERICA

v.

WILNER RENAUD,

Defendant.
_______________________________/

# VERDICT FORM

We, the Jury, unanimously find the Defendant, WILNER RENAUD, as follows:

Count 1 of the Indictment:

NOT GUILTY ✓  GUILTY____

Count 2 of the Indictment:

NOT GUILTY ✓  GUILTY____

Count 3 of the Indictment:

NOT GUILTY ✓  GUILTY____

Count 4 of the Indictment:

NOT GUILTY ✓  GUILTY____

Count 5 of the Indictment:

NOT GUILTY ✓  GUILTY____

SO SAY WE ALL

DATED: 9/15/26

_______________________________
FOREPERSON OF THE JURY