**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cr-20128-JB**

**United States of America**

**vs.**

**Wilner Renaud,**
**Defendant**
______________________________/

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

#8

I dont understain all the people said

I can try, by maybe need help to make a desition.

26 CR 20128-JB
9/14/2026