**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**United States' Exhibit List**

| | | |
|---|---|---|
| Case Name:<br><br>United States of America v. Wilner Renaud | | Government Attorneys:<br>Jeffrey Pierce / George E. Doty<br>Defendant's Attorney:<br>Daniel Rashbaum / Sammantha Gonzalez |
| Docket No.:<br>26-CR-20128 | Trial Date:<br>09/14/2026 | Courtroom Deputy:<br>Donna Gay Johnson |
| Presiding Judge: The Hon. Jacqueline Becerra | | Court Reporter: |
| Party Offering Exhibits: Government | | |

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1 | | 9/14/26 | 9/14/26 | | I-94 |
| 2 | | 9/14/26 | 9/14/26 | | TPS Application 1 |
| 3 | | 9/14/26 | 9/14/26 | | TPS Application 2 |
| 4 | | 9/14/26 | 9/14/26 | | I-130 |
| 5 | | 9/14/26 | 9/14/26 | | I-485 |
| 6 | | 9/14/26 | 9/14/26 | | I-751 |
| 7 | | 9/14/26 | 9/14/26 | | September I-751 RFE |
| 8 | | 9/14/26 | 9/14/26 | | December I-751 RFE |
| 9 | | 9/14/26 | 9/14/26 | | I-751 Denial Letter |
| 10 | | 9/14/26 | 9/14/26 | | AR-11 |
| 11 | | 9/14/26 | 9/14/26 | | 1st N-400 |
| 12 | | 9/14/26 | 9/14/26 | | Naturalization Tests |
| 13 | | 9/14/26 | 9/14/26 | | N-649 |
| 14 | | 9/14/26 | 9/14/26 | | N-652 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | | 9/14/26 | 9/14/26 | | 2nd N-400 |
| 16 | | 9/14/26 | 9/14/26 | | Notice of Continuance |
| 17 | | 9/14/26 | 9/14/26 | | Letter from Renaud |
| 18A | | 9/14/26 | 9/14/26 | | Eligibility Questions |
| 18B | | 9/14/26 | 9/14/26 | | Changes and Signature |
| 18C | | 9/14/26 | 9/14/26 | | 2nd I-652 |
| 18D | | 9/14/26 | 9/14/26 | | Citizens Can Vote |
| 19A | | 9/14/26 | 9/14/26 | | Voter Registration 5-25-22 |
| 19B | | 9/14/26 | 9/14/26 | | Voter Registration 6-27-22 |
| 19C | | 9/14/26 | 9/14/26 | | Voter Registration 6-4-24 |
| 19D | | 9/14/26 | 9/14/26 | | Voter Registration 6-7-24 |
| 19E | | 9/14/26 | 9/14/26 | | Voter Registration 9-22-25 |
| 19F | | 9/14/26 | | | Verification Letter |
| 19G | | 9/14/26 | 9/14/26 | | Blank Voter Registration Card |
| 19H | | 9/14/26 | 9/14/26 | | Email Response from Renaud with Driver's License |
| 19I | | 9/14/26 | 9/14/26 | | Email Receipt from Supervisor of Elections Office |
| 19J | | 9/14/26 | 9/14/26 | | Email Response from Renaud #2 |
| 20A | | 9/14/26 | 9/14/26 | | Voting History |
| 20B | | 9/14/26 | 9/14/26 | | EViD Signature |
| 20C | | 9/14/26 | 9/14/26 | | 2022 Ballot |
| 21A | | 9/14/26 | 9/14/26 | | Current DAVID |
| 21B | | 9/14/26 | 9/14/26 | | Application 1 |
| 21C | | 9/14/26 | 9/14/26 | | Application 2 |
| 21D | | 9/14/26 | 9/14/26 | | Application 3 |
| 21E | | 9/14/26 | 9/14/26 | | Application 4 |
| 21F | | 9/15/26 | 9/15/26 | | Application 5 |

| | | | | | |
|---|---|---|---|---|---|
| 22 | | 9/15/26 | 9/15/26 | | Recorded Interview |